```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSE LARA,                              :
                                        :
          Plaintiff,                    :   CIVIL ACTION
                                        :
     v.                                 :
                                        :   NO. 11-cv-1663
INEX and                                :
PRIME INSURANCE SYNDICATE, INC.,        :
                                        :
          Defendants.                   :
```

## ORDER

AND NOW, this 11th day of July, 2012, upon consideration of Defendant Prime Insurance Syndicate, Inc.'s Motion for Summary Judgment (ECF No. 17), Plaintiff's Response in Opposition thereto (ECF No. 18) and Defendant's Reply in further support thereof (ECF No. 20), it is hereby ORDERED the Motion is GRANTED in part and DENIED in part.  Judgment is ENTERED in favor of Defendant and against Plaintiff as to Count I (Breach of Contract) and Count II (Bad Faith).

                                        BY THE COURT:


                                        /s/ J. Curtis Joyner
                                        _____
                                        J. CURTIS JOYNER, C.J.