## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE LARA | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 11-cv-1663 |
| | : | |
| INEX and PRIME INSURANCE SYNDICATE, INC. | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 8th day of November, 2012, upon consideration Defendant's Motion for Summary Judgment (Doc. No. 27), Plaintiff's Response thereto (Doc. No. 29), and Defendant's Reply in further support thereof (Doc. No. 31), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Motion for Summary Judgment is GRANTED and Summary Judgment is hereby entered in favor of Defendant and against Plaintiff on Count III of the Complaint in no amount.

BY THE COURT

s/J. Curtis Joyner

J. CURTIS JOYNER, C.J.